# Gmail

Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Jeff** <jeff@whoeasy.com>                                                           Tue, Feb 28, 2017 at 7:08 PM
To: info@spydialer.com
Cc: Lana <lana@whoeasy.com>

Hello,

Apologies for the delay in responding but I have been traveling the last few days. Lana forwarded me your interest to learn a bit more about our company and potentially start a partnership where we could help you better monetize your site's traffic.

My name is Jeff Green and I am the founder and general manager of Reya LLC. I am a US expat currently located in Mumbai, but originally from the Los Angeles, US area. My development team and I are based out of Olympia Tower, in Powai, India, which is a suburb of Mumbai. I'm not sure where you are based but certainly if you ever make it out to this part of the world I'd be happy to meet up for some chai.

In terms of a potential partnership. WhoEasy is our largest product and we have had great experience in working with folks like yourself to help monetize the traffic of users looking for more information on phone numbers. Phone numbers is all we do, and we pride ourselves on doing it well.

We have several dozen affiliates who have switched from other partners to us simply because we help significantly improve the monetization of their traffic in this specific vertical. We also pay out on a more regular basis, every two weeks, if having access to your funds faster is important to you. We wire payment directly into your account every other Monday for all accrued net payments for the prior two weeks (Lana can provide you more of the details here).

Ultimately the proof is in the pudding and I would love to figure out a way for you to try our link and see the results for yourself. I don't know how much traffic you send your partners each day, but 2,000-3,000 clicks is all it should take for you to see the potential. Since a lot of our value comes from recurring memberships I would encourage you to open an affiliate account, add our link (make sure you include your unique affiliate code) and turn it on for a day or two. If you wish, turn it off after that and keep an eye on the results. You will see the higher conversion rate immediately, within 10 days you should easily see the value as recurring payments are collected, and within 30 days you would get the full value of the partnership.

If you would like to chat further I can jump on a call and answer any other questions you have. Depending on which time zone you are on it may be a bit tricky but I'm used to working on a PST schedule, if need be, since I have some folks that I work with that are on the west coast of the US.

If you were to come onboard Lana would be your main point of contact for any day to day questions, but you could always ping me as well.

Please let me know if you have any additional questions. I hope you give us a chance to develop a partnership together.

All the best,
Jeff

**Exhibit #2**