Exhibit #8

Video may be viewed at the following URL:

http://bit.ly/SpyDialVid

Exhibit #8