**Gmail** by Google

Spy Dialer Info Desk &lt;info@spydialer.com&gt;

## WhoEasy/SpyDialer Affiliate Partnership

**Spy Dialer Info Desk** &lt;info@spydialer.com&gt;      Thu, Aug 24, 2017 at 11:13 AM
To: Jeff &lt;jeff@whoeasy.com&gt;

Hi Jeff,

We're in the process of having your ads banned at all of the major ad networks as a result of your focus exploit. This is being passed to our legal team as well. Jerks like you ruin the web for honest people!


Robert Scott


Spy Dialer Info Desk

[Quoted text hidden]



Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Jeff** <jeff@whoeasy.com>      Thu, Aug 24, 2017 at 1:12 PM
To: Spy Dialer Info Desk <info@spydialer.com>

Hello Robert, I am sorry, but I am not familiar with what you are referring to. What is a focus exploit? I'd like to understand what your concern is, and I appreciate your feedback.



Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Spy Dialer Info Desk** <info@spydialer.com>  Thu, Aug 24, 2017 at 4:45 PM
To: Jeff <jeff@whoeasy.com>

Who is responsible for this ad?


Spy Dialer Info Desk


On Thu, Aug 24, 2017 at 1:12 PM, Jeff <jeff@whoeasy.com> wrote:
> Hello Robert, I am sorry, but I am not familiar with what you are referring to. What is a focus exploit? I'd like to
> understand what your concern is, and I appreciate your feedback.



**focus-exploit-whoeasy-08232017.PNG**
2643K



Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Jeff** <jeff@whoeasy.com>  
To: Spy Dialer Info Desk <info@spydialer.com>

Fri, Aug 25, 2017 at 1:15 AM

Hello Robert, thank you for bringing this to my attention. I tried to identify this ad, and unfortunately have not been able to stumble upon it. I have noticed several similar ads from other companies on your website. These include Peoplefinders.com, Beenverified.com, Spokeo.com and PhoneLooker.com, please see the screenshots below. Are you referring to the search bar format of these ads?

Please help me understand if this is what you are referring to. I have no intention to have ads that you do not approve of. As I mentioned previously, I would like to ultimately create a partnership between our two companies, and having you upset is no way to do that.

I will continue to work on this until your concerns are addressed.





Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Spy Dialer Info Desk** <info@spydialer.com>  Fri, Aug 25, 2017 at 5:58 AM
To: Jeff <jeff@whoeasy.com>

The similar ads don't contain malicious code that hijacks the visitor's cursor and re-directs them unwittingly to your website. We lost a large but still undetermined amount of traffic/money with this hack over the past few months until we finally became fully aware of what was happening and that we were being targeted. Here is the destination URL from one of the illegal ads. We need to now who is responsible for this:

https://www.whoeasy.com/g/cell-phone-number-tracker?utm_campaign=p_gdn_d_b_10018&utm_product=phone&utm_campaignID=652147865&utm_adgroupID=36656610681&utm_extensionID=&utm_keywordID=kwd-442747973&utm_locationID=9030174&utm_interestID=&utm_experiment=&utm_group=google&utm_source=sem&utm_keyword=cell%20phone%20tracker&utm_network=d&utm_matchtype=&utm_device=c&utm_devicemodel=&utm_adposition=none&utm_target=&utm_placement=www.spydialer.com&utm_creative=212890680157&utm_networkGroup=content&gclid=CKHU-97a7tUCFYK4wAodxIME4w

If this is an affiliate and not you, you will need to ban them; freeze their funds and provide their identifying information to us. If you do this you will have a defense against our take down demand of all whoeasy ads with the ad networks, including Google ad services.

Spy Dialer Info Desk

[Quoted text hidden]



Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Jeff** <jeff@whoeasy.com>  Sat, Aug 26, 2017 at 12:34 AM
To: Spy Dialer Info Desk <info@spydialer.com>

Hello Robert, thank you for sending over those details. I was able to determine the cause of what you were seeing. Without your help I wouldn't have noticed anything at all. I can assure you that it has been taken care of and I am sincerely thankful that you brought it to my attention. While I don't believe that there was any malicious intention here, your feedback allowed me to identify and stop it quickly. This was a coding error and the ad had passed Google's Ad Validator tools during the development phase without highlighting this obvious problem. I would not have known what was happening without your help.

As they say the buck stops with me. You mentioned that you believe there was some impact to your monetization, please let me know the details and I will try and make it right. While I firmly respect and admire your efforts in building Spydialer and was hoping that at some point we may have a chance to work together in a partnership, I certainly understand if that opportunity no longer exists.

Sincerely,
Jeff



Spy Dialer Info Desk <info@spydialer.com>

## WhoEasy/SpyDialer Affiliate Partnership

**Spy Dialer Info Desk** <info@spydialer.com>  
To: Jeff <jeff@whoeasy.com>

Sat, Aug 26, 2017 at 7:44 AM

Interesting answer. Did you hear from Truthfinder?

Spy Dialer Info Desk

[Quoted text hidden]