
**Gmail**

**Robert Scott <crimetimespydialer@gmail.com>**

## Re: [1-8536000018990]

**adsense-support@google.com** <adsense-support@google.com>     Mon, Sep 11, 2017 at 12:30 PM
To: Robert Scott <crimetimespydialer@gmail.com>

### Google AdSense
**AdSense Support Team**

Hi Robert,

I just heard back from our technical specialists who let me know that the Ad Quality team has reviewed all the details and disapproved all 34 creatives of whoeasy.com. The rest of the account looks okay as per policy.

Hope this helps in putting you more at ease! Let me know if there's anything else I can help you with. :)

Best,

Danielle

---

Google Inc. | *The AdSense Support Team* | support.google.com/adsense | adsense.com

Visit us on AdSense Blog | AdSense G+ | AdSense Twitter | AdSense YouTube

On 09/08/17 09:26:12 crimetimespydialer@gmail.com wrote:
[Quoted text hidden]

Exhibit #10