UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. | EDCV 18-01178-FMO (SHKx) |
| Date: | September 14, 2018 |
| Title: | *Spy Dialer, Inc. v. Reya LLC, et al.* |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | XTR Chambers |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eric Menhard | John Juenger |

**Proceedings:** TELEPHONIC PROCEEDINGS RE: INFORMAL DISCOVERY DISPUTE

At the request of the parties, the Court held a telephonic conference regarding a discovery dispute, specifically the subpoenas at issue to obtain production of financial records. Attorney Eric Menhard appeared on behalf of plaintiff. Attorney John Juenger appeared on behalf of defendants. Following discussion between the Court and counsel, the parties are to provide a copy of the subpoenas at issue to the Court. A further telephonic status conference will be set after reviewing the subpoenas.

**IT IS SO ORDERED**