William Skinner   SBN 257139
Will@SkinnerEsq.com
3551 Camino Mira Costa Ste D
San Clemente, CA 92672
Tel: (800) 659-5937
Fax: (844) 660-4041

Eric J. Menhart (*Admitted Pro Hac Vice*)
Eric.Menhart@Lexero.com
Lexero Law
316 F Street NE, Suite 101
Washington, DC 20002
Office: (855) 453-9376
Fax: (855) 453-9376

Attorneys for Plaintiff Spy Dialer, Inc.

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SPY DIALER, INC.<br><br>Plaintiff,<br><br>v.<br><br>REYA LLC, et al.<br><br>Defendant. | NO. 5:18-cv-01178-FMO-SHK<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE** |

Having considered the Parties' Joint Stipulation of Dismissal, it hereby ordered that this matter is DISMISSED, with prejudice.

IT IS SO ORDERED.

Dated: July 8, 2019           _____/s/_____

Fernando M. Olguin

United States District Judge